HENRY M. WEITZNER, Appellant, *v.* HERMAN T. STICHMAN, Individually and as Commissioner of Housing, et al., Respondents.

Argued January 10, 1947; decided February 28, 1947.

*Bernard L. Bermant* and *Henry N. Rapaport* for appellant.
*Nathaniel L. Goldstein, Attorney-General (Abe Wagman* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs. The first and second questions certified are answered in the affirmative. The third question certified is answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.